11/11/10

*VIA ECF AND FAX*

**MAGISTRATE JUDGE CHERYL POLLAK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

**RE: DOCKET NO. 10-CV-2499 (DGT) (CLP) HAIM et al. v AMR CORPORATION/AMERICAN AIRLINES INC.**

**REQUEST FOR ADJOURNMENT FOR 30 DAYS**

Honorable Judge Pollak:

Further to L. Diana Mulderig's October 7, 2010 letter to Judge Trager, the parties request an additional adjournment of 30 days in the above referenced matter so that all closing papers may be exchanged and the parties can file the Stipulation of Discontinuance with the court.

Thank you for your consideration of this request.

Respectfully submitted,

Kenneth J. Haim, Esq.
Attorney for Plaintiffs
235 Adams St, Apt 3D
Brooklyn, NY 11201
(917) 817-7309

Via Email

CC: L. Diana Mulderig
Attorneys for Defendants
AMR CORPORATION and
AMERICAN AIRLINES, INC.
369 Lexington Avenue – 8th Floor
New York, NY 10017
(212) 599-5799